# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| RICOH USA, INC. | : | NO. 19-3423 |

## ORDER

**NOW,** this 26th day of August, 2019, upon consideration of the Defendant Ricoh USA, Inc.'s Unopposed Motion to File Under Seal Unredacted Supporting Exhibits to its Opposition to MASA's Motion to Consolidate (Document No. 7) and Plaintiff Midwest Athletics and Sports Alliance LLC's Motion to File Supporting Exhibits Under Seal (Document No. 10), and after a review of the exhibits, it is **ORDERED** that the motions are **DENIED**.

/s/ TIMOTHY J. SAVAGE J.