**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIDWEST ATHLETICS AND SPORTS ALLIANCE LLC,**<br><br>*Plaintiff*<br><br>v.<br><br>**RICOH USA, INC,**<br><br>*Defendant* | **Case No. 2:19-cv-03423-JDW** |

**<u>ORDER</u>**

**AND NOW**, this 23rd day of May, 2023, upon review of the docket and noting that the lead case in this matter, *Midwest Athletics and Sports Alliance LLC v. Ricoh USA, Inc.*, Case No. 2:19-cv-00514, was closed on August 23, 2021, it is **ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED**.

**BY THE COURT:**

*<u>/s/ Joshua D. Wolson</u>*
JOSHUA D. WOLSON, J.